IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JIMMY L. NANCE, | ) | CASE NO. 7:92CR00135 |
| | ) | |
| vs. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA. | ) | By: James C. Turk |
| | ) | Senior United States District Judge |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 24 2012
JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (ECF No. 241) is **DISMISSED** as successive and is stricken from the active docket of the court; and the defendant's motion regarding discovery (ECF No. 242) and the United States' motion to dismiss (ECF No. 243) are **DISMISSED** as moot. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 24th day of September, 2012.

/s/ James C. Turk
Senior United States District Judge